# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISBARMENT OF KEITH E. GREGORY, BAR NO. 232.

No. 70919

**FILED**

SEP 12 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## *ORDER OF DISBARMENT*

The Southern Nevada Disciplinary Board has filed, under SCR 112, a petition for attorney Keith Gregory's disbarment by consent. The petition is supported by Gregory's affidavit, stating that he freely and voluntarily consents to disbarment, after having had the opportunity to consult with counsel. Gregory acknowledges in the affidavit that he violated RPC 8.4(b) (misconduct: commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer) and RPC 8.4(c) (misconduct: conduct involving dishonesty, fraud, deceit or misrepresentation) based on his conviction in the United States District Court, District of Nevada, of conspiracy to commit wire and mail fraud and two counts of wire fraud, all felonies. Gregory admits that he could not successfully defend against a disciplinary complaint.[1]

---

[1]This court previously entered an order temporarily suspending Gregory from the practice of law and referring him to a disciplinary board based on his felony convictions. *In re Discipline of Keith Gregory*, Docket No. 67744 (Order of Temporary Suspension and Referral to Disciplinary Board, July 21, 2015).

 

16-28215

SCR 112 provides that an attorney who is the subject of a proceeding involving allegations of misconduct may consent to disbarment by delivering an affidavit to bar counsel, who must file it with this court. Gregory's affidavit meets the requirements of SCR 112(1), and we conclude that the petition should be granted.[2] Accordingly, Keith Gregory is disbarred. The parties shall comply with SCR 115 and SCR 121.1.

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

cc:   Chair, Southern Nevada Disciplinary Board
      C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
      Keith E. Gregory & Associates
      Kimberly K. Farmer, Executive Director, State Bar of Nevada
      Perry Thompson, Admissions Office, United States Supreme Court

---

[2]The affidavit is not notarized. Gregory, however, provided a letter to the State Bar explaining that he does not have access to a notary at the federal prison camp where he is serving his sentence.